**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7295**

———————

ALONZO KEY,

Plaintiff – Appellant,

v.

SOUTH CAROLINA, STATE OF; AIKEN CITY POLICE DEPARTMENT;
BADGE 450 PHILLIP S. MIANO; BADGE 545 MATHEW BARNWELL;
BADGE 520 CPL SPANN; BADGE 159 CPL SMITH; CPL EAGERTON,
Officers of Aiken Department of Public Safety,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   David C. Norton, District Judge.
(1:11-cv-01613-DCN-JRM)

———————

Submitted:  February 9, 2012        Decided:  February 14, 2012

———————

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alonzo Key, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alonzo Key seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing Defendants State of South Carolina and Aiken Police Department without prejudice from Key's 42 U.S.C. § 1983 (2006) proceeding. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Key seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Key's motion for a transcript at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2